# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| STEVE HUTCHINSON, | : | Case No. 1:19-cv-595 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CITY OF FAIRFIELD POLICE DEPT., et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 15) AND ADOPTING REPORT AND RECOMMENDATIONS (DOC. 13)

This action is before the Court on Plaintiff's Objections (Doc. 15) to Magistrate Judge Stephanie K. Bowman's Report and Recommendations (Doc. 13). The Magistrate Judge recommends that the Court grant the Defendant's Motion to Dismiss (Doc. 6) and dismiss the Plaintiff's claims against the City of Fairfield Police Department. (Doc. 15.) (Doc. 6.) Plaintiff objected to Magistrate Judge Bowman's Report and Recommendations (Doc. 15), and this matter is now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 15) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendations (Doc. 13) in its entirety and **GRANTS** the Defendant's Motion to Dismiss. (Doc. 6.) Accordingly, the Plaintiff's claims against the City of Fairfield Police Department are hereby **DISMISSED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND