IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| STEVE HUTCHINSON, | Case No. 1:19-cv-595 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| CITY OF FAIRFIELD POLICE DEPT., et al., | |
| Defendants. | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (Docs. 29 & 30) AND ADOPTING REPORT AND RECOMMENDATIONS (Doc. 28)

This matter is before the Court on Plaintiff's Objections (Docs. 29 & 30) to Magistrate Judge Stephanie K. Bowman's Report and Recommendations (Doc. 28). The Magistrate Judge recommends that the Court grant Defendant's Motion for Summary Judgment (Doc. 22). Plaintiff filed two objections (Docs. 29 & 30), to which Defendant filed a Response (Doc. 31), making this matter ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Docs. 29 & 30) are not well-taken and are thus **OVERRULED**. Moreover, while Plaintiff briefly indicates his intention to file a motion of appeal, the Court cannot reasonably construe either of Plaintiff's Objections as constituting a Notice of Appeal under Fed. R. App. P. 3(c). The Court notes that if Plaintiff wishes to appeal, he must comply with the requirements of the Federal Rules of Appellate Procedure.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendations (Doc. 28) in its entirety and **GRANTS** Defendant's Motion for Summary Judgment (Doc. 22). As such, the Court **ORDERS** that:

1. Defendant is entitled to judgment as a matter of law with respect to Plaintiff's § 1983 claim;
2. All remaining state law claims are dismissed without prejudice; and
3. This case is closed on the docket of this Court.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND